```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

PHUONG K. CHAU,                :
                               :
    Plaintiff,                 :
                               :
vs.                            :
                               :   CIVIL ACTION 05-0268-BH-M
THUY T. LE,                    :
                               :
    Defendant.                 :

## ORDER

On December 22, 2005, Defendant filed a Motion to Compel and Request for Sanctions (Doc. 27).  By Order that same date, Plaintiff was ordered to file a response to that motion not later than January 4, 2006, and a hearing on the motion was set for 10:30 a.m. on January 10, 2006, in Courtroom 3B (Doc. 28).  At the time set for the hearing this date, counsel for Defendant appeared but counsel for Plaintiff did not.  The Court further notes that, although Plaintiff was ordered to file a response to the motion not later than January 4, 2006, no such response has been filed[1].

---

[1] The undersigned's assistant contacted Plaintiff's counsel by telephone this morning to inquire about Plaintiff's response to Defendant's Motion to Compel.  Counsel stated that he did not receive the Court's December 22, 2005, Order, and at that time he was on his way to court in Bay Minette.  He further stated that he had changed his email address but admitted he had not notified the Court of any change.  The Court notes that, since July 13, 2005 (*see* Doc. 10), all orders, notices, and filings have been emailed to counsel for Plaintiff at the email address he previously furnished the Court.  None of those emails have been returned to the Court.

Since counsel for Defendant drove from Montgomery for this hearing, the Court heard from him on Defendant's Motion to Compel and Request for Sanctions (Doc. 27).  After hearing from counsel and, after consideration of the Motion to Compel and Request for Sanctions, the motion was **GRANTED** as follows:

1.  Request for admission 6 contained in Plaintiff's first requests for admission propounded on June 27, 2005, is deemed admitted because Plaintiff did not admit, deny, or otherwise answer it.

2.  Not later than **Wednesday, January 18, 2006**, Plaintiff is **ORDERED** to **answer** interrogatory 34 of Defendant's first set of interrogatories propounded on June 27, 2005.

3.  Furthermore, with regard to Defendant's first set of interrogatories propounded on June 27, 2005, Plaintiff is **ORDERED** to answer all of them under oath as required by Rule 33(b), Fed.R.Civ.P., not later than **Wednesday, January 18, 2006.**

Defendant's Request for Sanctions is **GRANTED**.  This appears to be an appropriate case under Rule 37, Fed.R.Civ.P., for the reimbursement of moving party's attorney's fees and costs.  Counsel for Defendant is to submit an accounting by affidavit to the Court within ten days of the date of this Order.  Any objection to the claimed expenses should be filed with the Court within five days of service of the affidavit.

**Plaintiff's failure to obey this Order could result in the dismissal of Plaintiff's claims and the entry of default against**

**Plaintiff on Defendant's counterclaims.**

DONE this 10th day of January, 2006.

                                                s/BERT W. MILLING, JR.
                                                UNITED STATES MAGISTRATE JUDGE